```
                                    FILED
                                    2006 OCT 10 PM 2:59
                                    CLERK US DISTRICT COURT
                                    SOUTHERN DISTRICT OF CALIFORNIA

                                    BY_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| ROBERT MICHAEL JOHNSON | CASE NO. 05cv2012 JM(BLM) |
| --- | --- |
| Petitioner, | ORDER ADOPTING REPORT AND RECOMMENDATION RE: DENIAL OF PETITION FOR WRIT OF HABEAS CORPUS |
| vs. | |
| TOM L. CAREY, Warden, | |
| Respondent. | |

Having carefully considered Magistrate Judge Major's thorough and thoughtful Report and Recommendation ("R & R") regarding the denial of the petition for writ of habeas, the record before the court, the objections to the R & R, and applicable authorities, the court adopts the R & R in its entirety.

In his Objections, Petitioner repeats essentially the same arguments raised before Magistrate Major. Rather than respond to these arguments a second time, the court adopts the R & R in its entirety.

In sum, the R & R is adopted in its entirety and the petition for writ of habeas corpus is denied. The Clerk of Court is instructed to close the file.

**IT IS SO ORDERED.**

DATED: __10/10__, 2006

JEFFREY T. MILLER
United States District Judge

cc:   All parties